IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CURTIS TYRONE BROWN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | NO. CIV-24-0285-HE |
| ) | |
| REECE LANE, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner Curtis Tyrone Brown, appearing *pro se*, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b)(1)(B),(C), the matter was referred to Magistrate Judge Shon T. Erwin for initial proceedings. On June 28, 2024, Judge Erwin issued a Report and Recommendation recommending the court dismiss the Section 2254 action (Ground One) on filing as untimely, abstain from adjudicating the Section 2241 action (Ground Two) under the *Younger* abstention doctrine, and dismiss Ground Two without prejudice. Petitioner was advised of his right to object to the Report and Recommendation by July 15, 2024. No objection has been filed. Petitioner has therefore waived his right to appellate review of the factual and legal issues addressed in the report. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #15], **DISMISSES** the Section 2254 action as untimely, and **DISMISSES** without prejudice the Section 2241 action under the *Younger* abstention.

**IT IS SO ORDERED**.

Dated this 7th day of August, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE